IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02624-LTB

ARTHUR HICKMON,

    Plaintiff,

v.

JEFFERSON COUNTY SHERIFF"S OFFICE, and
CORRECTIONAL HEALTHCARE MANAGEMENT,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on December 13, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 13 day of December, 2012.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/  S. Grimm
                                  Deputy Clerk